UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Kristen Faus, on behalf of her minor daughter E.F., Betsy Eiss, on behalf of her minor daughter J.E., and all others similarly situated;

Plaintiffs,

-against-

Indian River Central School District; Indian River Central School District Board of Education; Troy Decker; Angela Green; Meghan Caddick;

Defendants.

No. 25 Civ. 00453 (DNH)(ML)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Declaration of Kristen Faus dated April 10, 2025 and the exhibits attached thereto, the Declaration of Betsy Eiss dated April 8, 2025, the Declaration of E.F. dated April 10, 2025, the Declaration of J.E. dated April 8, 2025, the Declaration of Kyla Magun dated April 10, 2025 and the exhibits attached thereto, the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, and all other pleadings and proceedings in this action, Plaintiffs, by and through undersigned counsel, will, as soon as counsel may be heard, move this Court for an Order, together with Plaintiffs' Complaint and all pleadings and proceedings relevant to this action, pursuant to Federal Rules of Civil Procedure 65:

(1) preliminary enjoining Defendants and other Indian River Central School District or Board directors, officers, agents, affiliates, subsidiaries, servants, employees, and all other persons or entities in active concert, privity, or

participation with them from issuing a student a 0/5 grade for a physical education class during which the student does not swim because they are menstruating;

(2) Preliminarily enjoining Defendants from retaliating against, coercing, intimidating, threatening, or interfering with E.F, J.E., and/or the putative class's exercise or enjoyment of rights; and

(3) Directing Defendants to preserve all documents and communications related to this case and/or E.F. or J.E. in their possession, custody, or control, including all electronically stored information.

Dated: April 11, 2025
New York, New York

KAUFMAN LIEB LEBOWITZ
& FRICK LLP

Kyla Magun
Alanna Kaufman
18 E. 48th Street, Suite 802
New York, New York 10017
(212) 660-2332
kmagun@kllf-law.com
akaufman@kllf-law.com

*Attorneys for Plaintiff*