UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristen Faus, on behalf of her minor daughter E.F., Betsy Eiss, on behalf of her minor daughter J.E., and all others similarly situated;<br><br>      Plaintiffs,<br><br>v.<br><br>Indian River Central School District; Indian River Central School District Board of Education; Troy Decker; Angela Green; Meghan Caddick;<br><br>      Defendants. | Case No. 5:25-cv-00453-DNH-ML<br><br>**NOTICE OF MOTION** |

| | |
|---|---|
| **MOTION MADE BY:** | Defendants Indian River Central School District, Indian River Central School District Board of Education, Troy Decker, Angela Green and Methan Caddick, by Attorney Ryan L. McCarthy, Esq. of Ferrara Fiorenza, PC. |
| **DATE, TIME AND PLACE:** | On submission of the papers or at such time and place as set by the Court. |
| **SUPPORTING PAPERS:** | Attorney Declaration of Ryan L. McCarthy with annexed exhibits, dated September 22, 2025; and Memorandum of Law, dated September 22, 2025. |
| **RELIEF REQUESTED:** | Clarification by the Court on the meaning of its Decision and Order and/or Text Order (Doc. No. 30) regarding the District's efforts to comply with the Court's order granting Plaintiff's injunctive relief. |
| **ANSWERING PAPERS:** | Per Local Rule 7.1(a)(2), answering papers, if any, are required to be served upon the undersigned twenty-one (21) days after service of this Notice of Motion, or as directed by the Court. |

<table>
<tr><td>

Dated: September 22, 2025<br>
East Syracuse, New York

</td><td>

**FERRARA FIORENZA PC**

*/s/ Ryan L. McCarthy*_____<br>
Ryan L. McCarthy, Esq.<br>
Attorney for Defendants<br>
*Indian River Central School District,*<br>
*Indian River Central School District*<br>
*Board of Education, Troy Decker,*<br>
*Angela Green and Methan Caddick*<br>
1051 Campuswood Drive<br>
East Syracuse, New York 13057<br>
rmccarthy@ferrarafirm.com<br>
Tel. (315) 437-7600

</td></tr>
</table>