UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristen Faus, on behalf of her minor daughter E.F., Betsy Eiss, on behalf of her minor daughter J.E., and all others similarly situated;<br><br>  Plaintiffs,<br><br>v.<br><br>Indian River Central School District; Indian River Central School District Board of Education; Troy Decker; Angela Green; Methan Caddick;<br><br>  Defendants. | Case No. 5:25-cv-00453-DNH-ML<br><br>**ATTORNEY DECLARATION** |

**Ryan L. McCarthy, Esq.,** declares under penalty of perjury that the following is true and correct.

  1.  I am an attorney duly licensed to practice law in the State of New York and am counsel to the Indian River Central School District (the "District") and the other named defendants (collectively the "District Defendants") in the above-captioned litigation. I make this Declaration of my own personal knowledge of the books and records provided to me and I am fully competent to testify as to all matters herein. I make this Declaration in support of the District Defendants' motion for clarification of the Court's Decision and Order (Doc. No 30) and the accompanying Text Order, which granted Plaintiffs' request for injunctive relief.

  2.  The Text Order and Decision and Order state, in relevant part:

> During the pendency of this litigation and until a trial on the merits, unless otherwise ordered by the court, defendants are hereby ENJOINED from issuing a menstruating student a 0/5 grade for a physical education class during which the student does not swim because they are menstruating.

Doc. No. 30.

1

3. The instant motion seeks clarification of the Court's Order in the context of the upcoming swim instruction unit at Indian River Middle School to add certainty to the District Defendants' efforts to comply with the order and provide a fair warning as to what future conduct may be found contemptuous by this Court.

4. The instant motion is not a motion for reconsideration or to amend a prior order.

5. The District Defendants intend to comply with all aspects of the Court's Order and to provide a proper educational environment for all of its students.

6. The District has modified its swim instruction policies and practices, which will be communicated to students and parents in the attached letter (Exhibit A) and to the physical education teachers through an updated grading structure (Exhibit B) and the template for parent communications (Exhibit C).

7. While the changes to swim instruction are intended, among other goals, to minimize the instances where menstruating students will miss their regularly scheduled swim instruction, there may be instances where a menstruating student does not participate in their regularly scheduled swim instruction and they will be required to make up the class.

8. The District Defendants seek clarification if the updated grading policy complies with the Order.

9. If a student does not participate in their scheduled swim instruction class (for any reason, including menstruation), the new policy indicates they will receive an "NP" or "non-participation" notation for that day of class. Once the student makes up the class, they will receive a grade commensurate with their level of participation in the make-up class, between a "1/5" and a "5/5."

10. If the student does not make up the swim instruction class by the end of the marking period, they will receive a "0/5" for participation that day on their final grade.

11. The swim instruction program grading policies apply to all students and there is no separate policy for students that are menstruating during swim instruction class because there is no respectful or practical way for the District to determine which students are menstruating.

12. Students are not required to disclose the reason they are not participating in class, unless they are seeking a long-term medical exemption supported by a doctor's note.

13. The District respectfully submits that its updated grading policy will comply with the Court's Order because a menstruating student who does not participate in swim instruction will receive a "NP" (not a "0/5" grade) placeholder notation until that student makes up the class.

14. Students (including students who did not initially participate because they were menstruating) will only receive a "0/5" final grade if they do not make up the missed swim instruction class by the end of the marking period.

15. With the upcoming swim instruction unit scheduled to begin in October, the District submits the instant motion with the hope that the school year will have minimal disruptions, and the District can communicate its policies with clarity to the students, parents and staff.

WHEREFORE, the District respectfully requests an Order of this Court denying Plaintiffs' motion for injunctive relief and any such other and further relief as this Court deems just and proper

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2025.

/s Ryan L. McCarthy
**Ryan L. McCarthy, Esq.**
**Ferrara Fiorenza PC**
**Bar Roll No. 5028766**
*Attorneys for Defendants Indian River Central School District, Indian River Central School District Board of Education, Troy Decker, Angela Green, and Meghan Caddick*
5010 Campuswood Drive
East Syracuse, New York 13057
(315) 437-7600
RMcCarthy@ferrarafirm.com