Welcome to Aquatics at IRMS



As you may know, Indian River Middle School physical education classes are coming up on their first session in the pool. We take great pride in our aquatics and swim units. Our goal is to provide an opportunity for students to feel confident in the pool. If our efforts will one day save the life of a student, a student's family member, or a friend, then the benefits far outweigh any and all apprehension surrounding the pool. Having said that, we know there are always situations that arise to cause students to need extra time, extra attention, and extra care. We are excited for your student to start this very important unit. Below is the schedule for this year's pool lessons:

**Mr. Niewieroski /Ms. Larkin's PE classes**
Session #1 – October 20- November 7
Session #2 – December 8- January 9
Session #3- February 2- February 27

**Mr. Montressor's/ Mr. Dickinson'sPE classes**
Session #1 - – November 10- December 5
Session #2 - January 12-January 30
Session #3- March 2- March 20

**What will students need?**
Being unprepared for the pool carries the same consequences as being unprepared for PE in the gym.
- **Needed items:**
    - Swimsuit:
        - Boys: Shorts with drawstrings (tee shirts are allowed)
        - Girls: One-piece swimsuit (tee shirts are allowed)
    - Towel.
    - Plastic bag for wet items.
- **Optional items:**
    - Goggles (not covering the nose).
    - Flip flops or water shoes.
    - Shorts and a t-shirt.

**What are we going to learn?**
- PE staff accommodates a range of swimming abilities (beginner to advanced).
- Encourages students to challenge themselves while prioritizing safety.

**Session focus:**

- **Session #1:** Basic water instruction/orientation and water aerobics.

- **Session #2:** Stroke work (front crawl and backstroke).
- **Session #3:** Water safety and fun

**How do we keep students safe?**
- Baseline tests for skills:
  - Swimming the length of the pool with face in water without stopping (if possible).
  - Treading water for 1 minute.
  - Jumping into 12 feet of water and swimming to the side.
- Possible response to baseline:
  - Participate in lessons in the shallow end.
  - May wear a flotation device for safety, especially during tiring activities.
- Flotation devices are for preventive safety and do not imply lack of swimming ability.

**How do we track growth and mastery?**
- **Daily grading:** 5 points per class for participation.
- **Missed lessons:**
  - Student will not be penalized for the initial missed lessons, they will be provided opportunities to make up the curriculum
    - during other PE classes, after school, during pre-arranged times
  - Options for non-swimming students:
    - Sit on the pool deck to observe the lesson.
    - Join another PE class that is currently in the gym when possible
- Students receive one free pass per session to waive a missed aquatics class.

**Swim Makeups**
- Held after school as planned by the PE department
  - Pickup at 3:30 PM or take the 3:30 bus home
  - During Study Halls
  - Students can get an appointment pass from the teacher to attend an alternate PE Aquatics class
- During PE classes
  - Teachers will work with class sections to provide extra Aquatics sessions during regularly scheduled PE classes

We understand that the pool is a unique situation for many parents and students. It can be difficult and challenging for some, but rewarding nonetheless. Thank you again for all your support of our many programs. If you have any questions please feel free to email or contact us anytime. Phone# 315-642-0125.

Sincerely,

Middle School Physical Education Staff

Jennifer Larkin jenniferlarkin@ircsd.org

Greg Niewieroski gregniewieroski@ircsd.org

Matt Dickinson mattdickinson@ircsd.org

Jade Montressor jademontressor@ircsd.org

**Tentative After School Make Up dates** -

Monday , October 27 -

Monday, November 3 -



Monday, November 10 -

Monday, November 17 -

PT Conferences and Thanksgiving Break

Monday, December 1 -

Monday, December 8 -

Monday, December 15 -

Holiday Break

Monday, January 5 -

Monday, January 12 -

Holiday

Monday, January 26 -

Monday, February 2 -

Monday, February 9 -

Winter Break

Monday, February 23 -

Monday, March 2 -

Monday, March 9 -

Monday, March 16 -

Monday, March 23 -