Update PE grading attributes - updated 9/10/25

During our meeting June 24th, it was decided the following attributes would be used for PE classes

Ab - Absent - flagged
ML - Music Lesson - blank - exempt
MD - Medical Exemption - flagged
NP - Did not participate - flag (i.e not participating in the activity in gym, not walking, not swimming)
PN - Parent Note - flagged
Un - Unprepared - flagged
FL - Flex -
Bh - Inappropriate behavior that impedes instruction - flagged
Ef - Insufficient effort that impedes learning - flagged
L - Late - flagged
FT - Field Trip - flagged
GA- Google Assignment - flag (note, this is coordinated with the student and the parent)

Templates for notes going home regarding Swim have been updated and shared.

Make ups -
All lessons can be made up.
The goal will be to provide more communication to parents when students have arranged to attend an alternate PE Swim class (during the day), a PE Swim class during a study hall, or an after school session. We have talked about creating a schedule for after school makeups ahead of each unit to ensure all students and parents are aware. Sign ups would be required for these.