TEMPLATE - 1st swim lesson missed -
Hello

    This message is being sent to notify you that (name) was excused from swimming today. Anytime a student approaches us and notifies us they cannot swim for any reason we allow them to sit out. They usually notify us individually in the hallway outside the pool. They are asked to watch the lesson from the pool deck to ensure we have appropriate supervision of our students and the message of the lesson can be observed.
Students do get 1 "free" lesson per session that does not get counted against them. Today can count as his/her free lesson, if they choose.
  Any student who misses more than one swim class will be required to make missed classes up in order to get credit for the classes missed.  We are allowing students the opportunity to make up for the missed classes during an alternate PE time or study hall. They may also have the opportunity after school during one of the designated times we have planned.
  Our swim units are very important in teaching students appropriate water safety and life skills in the water. This means that we ask that students only sit out for legitimate reasons. Our students have been having a great time swimming and will become stronger swimmers over the three years they swim in middle school.

Your student's current numerical average is not inclusive of this missed lesson. If you would like the actual average, please reach out to me anytime. If you  have any questions or want to talk further, I am available.


Sincerely,

(Coach name)



TEMPLATE 2 - missed more than one.
Hello

    This message is being sent to notify you that (name) was excused from swimming today. Anytime a student approaches us and notifies us they can not swim for any reason we allow them to sit out. They usually notify us individually in the hallway outside the pool. They are asked to watch the lesson from the pool deck to ensure we have appropriate supervision of our students and the message of the lesson could be observed.
  Your student has missed more than one swim lesson in this unit. Students do get 1 "free" lesson per session that does not get counted against them. Today can count as his/her free lesson, if they have not already chosen to use it.
  Any student who misses more than one swim class will be required to make missed classes up in order to get credit for the classes missed.  We are allowing students the opportunity to

make up for the missed classes during an alternate PE time or study hall. They may also have the opportunity after school during one of the designated times we have planned.

   Our swim units are very important in teaching students appropriate water safety and life skills in the water. This means that we ask that students only sit out for legitimate reasons. Our students have been having a great time swimming and will become stronger swimmers over the three years they swim in middle school.

Your student's current numerical average is not inclusive of these missed lessons. If you would like the actual average, please reach out to me anytime. If you have any questions or want to talk further, I am available.


Sincerely,

(Coach name)


TEMPLATE 3 - Specific Reason
Hello

   This message is being sent to notify you that (name) was excused from swimming today. Your student approached us and indicated they could not swim due to (fill in the blank).This conversation happened individually in the hallway outside the pool. We asked them to watch the lesson from the pool deck to ensure we have appropriate supervision of our students and the message of the lesson could be observed.
Students do get 1 "free" lesson per session that does not get counted against them. Today can count as his/her free lesson, if they choose.
   Any student who misses more than one swim class will be required to make missed classes up in order to get credit for the classes missed.  We are allowing students the opportunity to make up for the missed classes during an alternate PE time or study hall. They may also have the opportunity after school during one of the designated times we have planned.
   Our swim units are very important in teaching students appropriate water safety and life skills in the water. This means that we ask that students only sit out for legitimate reasons. Our students have been having a great time swimming and will become stronger swimmers over the three years they swim in middle school.

Your student's current numerical average is not inclusive of this missed lesson. If you would like the actual average, please reach out to me anytime. If you have any questions or want to talk further, I am available.

Sincerely,
(Coach)

Template 4 - Make up is scheduled
Hello

Your child has arranged to attend an alternate swim class on (add date). We look forward to having them join our class and make up their missed time.

Feel free to reach out if you have any questions or want to talk further about their scheduled time.

Template 5 - Make up study hall
Hello

Your child has arranged to attend an alternate swim class on (add date) during their study hall. We look forward to having them join our class and make up their missed time.

Feel free to reach out if you have any questions or want to talk further about their scheduled time.

Template 6 - Make up after school

Hello

Your child has arranged to attend an alternate swim class during our after school session on (add date). This will erase two missed lessons. We encourage students to have parents pick up when possible by 4:30 pm. The District provides transportation for after school events every day, but can become congested.

Feel free to reach out if you have any questions or want to talk further about their scheduled time.