UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KRISTEN FAUS, on behalf of her minor daughter, E.F.;
BETSY EISS, on behalf of her minor daughter, J.E; and all others similarly situated,

        Plaintiffs,

  v.

INDIAN RIVER CENTRAL SCHOOL DISTRICT;
INDIAN RIVER CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION; TROY DECKER; ANGELA
GREEN; and MEGHAN CADDICK,

        Defendants.

---

| NOTICE OF APPEAL |
| --- |
| No. 5:25-cv-453  (DNH)(ML) |

Notice is hereby given that the Defendants, Indian River Central School District, Indian River Central School District Board of Education; Troy Decker, Angela Green; and Meghan Caddick, the  in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from a Decision and Order and Text Order (Doc. No 30) of the U.S. District Court for the Northern District of New York (Hurd, D), and the Text Order of the same, entered in this action on the 29th day of August 2025.

Dated:  September 26, 2025                                        Respectfully submitted,

                                                          /s Ryan L. McCarthy
                                                          **Ryan L. McCarthy, Esq.**
                                                          **Ferrara Fiorenza PC**
                                                          **Bar Roll No. 5028766**
                                                          *Attorneys for Defendants Indian River Central School District, Indian River Central School District Board of Education, Troy Decker, Angela Green, and Meghan Caddick*
                                                          5010 Campuswood Drive
                                                          East Syracuse, New York 13057
                                                          (315) 437-7600
                                                          RMcCarthy@ferrarafirm.com