UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KRISTEN FAUS, on behalf of her minor
daughter E.F., BETSY EISS, on behalf of her
minor daughter J.E., and all others similarly
situated,

                                      Plaintiffs,

-against-

INDIAN RIVER CENTRAL SCHOOL
DISTRICT, INDIAN RIVER CENTRAL
SCHOOL DISTRICT BOARD OF
EDUCATION, TROY DECKER, ANGELA
GREEN, and MEGHAN CADDICK,

                                       Defendants.

No. 25 Civ. 453

### MOTION TO WITHDRAW APPEARANCE OF KYLA MAGUN

Pursuant to N.D.N.Y. Local Rule 11.1(b), I respectfully move this Court to withdraw my appearance for Plaintiffs Kristen Faus, on behalf of her minor daughter E.F., and Betsy Eiss, on behalf of her minor daughter J.E.

I am an attorney at Kaufman Lieb Lebowitz & Frick LLP (KLLF), attorneys for Plaintiffs. I am one of the attorneys of record for Plaintiffs in this action. As of October 17, 2025, I am leaving my employment with KLLF. Alanna Kauman is also attorney of record for Plaintiffs, and KLLF continues to represent Plaintiffs in this action. I am not asserting a lien in this action.

I respectfully request that the Court grant the motion and withdraw my appearance for Plaintiffs in this case.

Dated: October 17, 2025
New York, New York

/s/ *Kyla Magun*

Kyla Magun
KAUFMAN LIEB LEBOWITZ &
FRICK LLP
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332

Attorneys for Plaintiff