**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

November 6, 2025

**By ECF**

Hon. David Hurd
United States District Court
Northern District of New York

     Re:    *Faus, et al. v. Indian River Central School District, et al.*
            No. 25 Civ. 453

Dear Judge Hurd:

    This firm represents Plaintiffs in this matter. I write on behalf of all parties to respectfully request that the Court "So-Order" the parties' Settlement Agreement and Order, filed at ECF No. 45.

    We thank the Court for its time and attention to this matter.

                                Respectfully Submitted,

                                Alanna Kaufman

                                *Attorney for Plaintiffs*

Alanna Kaufman* • Douglas E. Lieb‡ • David A. Lebowitz • Alison Frick*

Alyssa Isidoridy • Ray Durham†

*Also admitted in New Jersey. ‡Also admitted in California and Connecticut. †Also admitted in Maryland