**Kaufman Lieb Lebowitz & Frick**
*attorneys at law*

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

November 6, 2025

**By ECF**

Hon. Miroslav Lovric
United States District Court
Northern District of New York

    Re:    *Faus, et al. v. Indian River Central School District, et al.*
              No. 25 Civ. 453

Dear Judge Lovric:

    This firm represents Plaintiffs in this matter. I write on behalf of all parties to provide a status report on settlement pursuant to the Court's Order, ECF No. 44.

    The parties have executed a Settlement Agreement and Order, which we submitted to the Court on November 6, 2025, along with our request to have it "So-Ordered." ECF Nos. 45-46. Per the terms of the Settlement Agreement, it is effective as of the date it is "So-Ordered." Defendants have fourteen days from the Effective Date to issue payment, and Plaintiffs have ten days from payment to file a Stipulation of Dismissal. The Parties therefore expect to file a Stipulation of Dismissal within 24 days after the Settlement Agreement is "So-Ordered" by the Court.

    Respectfully Submitted,

    Alanna Kaufman

    *Attorney for Plaintiffs*