**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

November 21, 2025

**By ECF**

Hon. David Hurd
United States District Court
Northern District of New York

  Re: *Faus, et al. v. Indian River Central School District, et al.*
     No. 25 Civ. 453

Dear Judge Hurd:

  This firm represents Plaintiffs in this matter. I write to confirm that the So-Ordered Settlement Agreement, ECF No. 48, constitutes a settlement entered into with leave of the Court embodied in an order, judgment, or decree pursuant to N.D.N.Y. Local Rule 17.1.

  In addition, pursuant to Local Rule 17.1(b), Plaintiffs request that the Court order that Plaintiffs' Counsel (a) disburse $7,500 of the settlement funds to each minor Plaintiff by causing the funds to be deposited into a bank account set up for the benefit of that minor Plaintiff; and (b) disburse the remaining $20,000 of the settlement funds to Plaintiffs' counsel in compensation for attorneys' fees and costs.

  Finally, Plaintiffs respectfully submit that the Court should dispense with any further New York Statutory requirements regarding infant settlements for good cause pursuant to Local Rule 17.1(a), as the Court has already approved the full settlement amount (inclusive of attorneys' fees and costs), Plaintiffs' attorneys' fees and costs are extremely reasonable given the extensive work performed in this matter, and the settlement is plainly in the minor Plaintiffs' best interest.

IT IS SO ORDERED:

/s/ David N. Hurd
David N. Hurd
U.S. District Judge

Dated: November 25, 2025

Respectfully Submitted,

Alanna Kaufman

*Counsel for Plaintiffs*

Alanna Kaufman* • Douglas E. Lieb‡ • David A. Lebowitz • Alison Frick*
Alyssa Isidoridy • Ray Durham† • Shirley LaVarco**
*Also admitted in New Jersey  ‡Also admitted in California and Connecticut  †Also admitted in Maryland  **Only admitted in New Jersey and D.C.