UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTEN FAUS, on behalf of her minor daughter E.F., BETSY EISS, on behalf of her minor daughter J.E., and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>INDIAN RIVER CENTRAL SCHOOL DISTRICT, INDIAN RIVER CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, TROY DECKER, ANGELA GREEN, and MEGHAN CADDICK,<br><br>              Defendants. | No. 25 Civ. 453<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned case is hereby withdrawn, discontinued, and dismissed with prejudice.

Dated:    November 25, 2025
             New York, New York

| | |
|---|---|
| FERRARA FIORENZA PC | KAUFMAN LIEB LEBOWITZ & FRICK LLP |
| _____ <br> Ryan McCarthy <br><br> 5010 Campuswood Drive <br> East Syracuse, New York 13507 <br> (315) 437-7600 <br><br> *Attorney for Defendants Indian River Central School District, Indian River Central School District Board of Education, Troy Decker, Angela Green, and Meghan Caddick* | _____ <br> Alanna Kaufman <br> 18 E. 48th Street, Suite 802 <br> New York, New York 10017 <br> 212-660-2332 <br><br> *Attorney for Plaintiff Kristen Faus and Betsy Eiss* |