UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KRISTEN FAUS, on behalf of her minor daughter E.F., BETSY EISS, on behalf of her minor daughter J.E., and all others similarly situated,

                Plaintiffs,

-against-

INDIAN RIVER CENTRAL SCHOOL DISTRICT, INDIAN RIVER CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, TROY DECKER, ANGELA GREEN, and MEGHAN CADDICK,

                Defendants.

No. 25 Civ. 453

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned case is hereby withdrawn, discontinued, and dismissed with prejudice.

Dated:    November 25, 2025
                New York, New York

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: _December 1, 2025_____

| | |
|---|---|
| FERRARA FIORENZA PC | KAUFMAN LIEB LEBOWITZ & FRICK LLP |
| _____<br>Ryan McCarthy | _____<br>Alanna Kaufman<br>18 E. 48th Street, Suite 802<br>New York, New York 10017<br>212-660-2332 |
| 5010 Campuswood Drive<br>East Syracuse, New York 13507<br>(315) 437-7600 | |
| *Attorney for Defendants Indian River Central School District, Indian River Central School District Board of Education, Troy Decker, Angela Green, and Meghan Caddick* | *Attorney for Plaintiff Kristen Faus and Betsy Eiss* |